UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Kristen Carlyon,<br><br>    Plaintiff,<br><br>v.<br><br>I.C. System, Inc.,<br><br>    Defendant. | Case No. 1:16-cv-00861-RP<br><br>Honorable Robert Pitman<br><br>**NOTICE OF SETTLEMENT** |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

                              RESPECTFULLY SUBMITTED,

                              Hyslip & Taylor, LLC, LPA

Date: July 14, 2016              By:  s/ Jeffrey S. Hyslip____
                              Jeffrey S. Hyslip, Esq.
                              Ohio Bar No. 0079315
                              1100 W. Cermak Rd., Suite B410
                              Chicago, IL  60608
                              (P) (312) 380-6110
                              (F) (312) 361-3509
                              (E) jeffrey@lifetimedebtsolutions.com
                              *One of Plaintiff's Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2016, I electronically filed the foregoing Notice.  Service of this filing will be made by the Plaintiff's Counsel upon the following:

Robbie Malone, Esq.
Robbie Malone, PLLC
8750 N. Central Expressway
Suite 1850
Dallas, TX  75231
rmalone@rmalonelaw.com

*Counsel for Defendant*

                                                  s/ Jeffrey S. Hyslip